IN THE UNITED STATES DISTRICT COURT
FORTHEWESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | |
|---|---|
| BRIAN PERCENTIE ) | |
| ) | |
|     PLAINTIFF ) | |
| v. ) | Case No. 3:15-CV-824-DJH |
| ) | |
| BANK OF AMERICA, N.A, et al. ) | |
| ) | |
|     DEFENDANTS. ) | |

## JOINT REPORT ON STATUS OF SETTLEMENT

Come the remaining parties to this action, and pursuant to the Court's March 30, 2016 Order jointly advise the Court that they are continuing to work towards a settlement of all remaining claims and expect to reach a settlement in the next thirty (30) days.

Respectfully submitted,

/s/ H. Eli Lightner, II
H. Eli Lightner (No. 94837)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue, North
Birmingham, Alabama   35203
(205) 521-8340
elightner@babc.com

Joshua J. Phillips (No. 95271)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-2394
jphillips@babc.com

*Attorneys for Defendant Bank of America, N.A.*

1/3995981.1

*/s/ David W. Hemminger (with permission)*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, Kentucky 40202
Phone: (502) 443-1060
Facsimile: (502) 589-3004
hemmingerlawoffice@gmail.com

*Attorney for Plaintiff Brian Percentie*

                                            /s/ *H. Eli Lightner, II*
                                            H. Eli Lightner, II